Commonwealth ex rel. Firmstone, Appellant, *v.* Russell.

Submitted September 11, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Nathaniel Firmstone,* appellant, in propria persona.

*Bertram S. Murphy,* First Assistant District Attorney, and *Paul W. Reeder,* District Attorney, for appellee.

OPINION PER CURIAM, November 16, 1961:

The order of the court below is affirmed on the opinion of Judge GREEVY of the Court of Common Pleas of Lycoming County, as reported in 25 Pa. D. & C. 2d 337.